RECEIVED
OCT 14 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **CLARENCE SCHREANE** | **CIVIL ACTION NO. 09-1252** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **JOE KEFFER, ET AL.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons contained in the report and recommendation of the magistrate judge previously filed herein, noting the absence of objections thereto, and concurring with the findings of the magistrate judge under applicable law; it is hereby

**ORDERED** that the motion to dismiss for lack of subject matter jurisdiction filed by defendants Keffer and Townsend is **DENIED** as **MOOT**. It is further

**ORDERED** that the motion for summary judgment filed by defendants[1] Keffer and Townsend is **DENIED** insofar as it urges dismissal based on failure to exhaust administrative remedies. It is further

**ORDERED, ADJUDGED** and **DECREED** that the motion for summary judgment filed by defendants Keffer and Townsend is **GRANTED** as to plaintiff's failure to protect and snitch claims against them.[2]

Accordingly, all claims by plaintiff against defendants Keffer and Townsend in the above

---

[1] R. 19.

[2] R. 19.

1

captioned case are hereby **DISMISSED** with prejudice. It is further

**ORDERED** that, pursuant to the report and recommendation of the magistrate judge, all claims by plaintiff against "Officer Beaumont," referred to as "the Unit Officer" are preserved for further proceedings consistent with the court's findings.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 14th day of October, ~~September,~~ 2010.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT COURT